

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone:  212.492.2500
Facsimile:   212.492.2501
www.ogletreedeakins.com

Jamie Haar
212.492.2070
jamie.haar@ogletreedeakins.com

December 10, 2020

**VIA ECF**
The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY  11201

    Re:    *Fischler v. Salix, LLC d/b/a Time Slippers*
             Case No. 1:20-cv-05175 (AMD)(PK)

Dear Magistrate Judge Kuo:

     We were recently retained to represent defendant Salix, LLC d/b/a Time Slippers ("Defendant") in the above-referenced action.  We write, with Plaintiff's consent, to respectfully request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint from December 11, 2020 to January 11, 2020.  Defendant submits this request so that it may be afforded additional time to investigate the allegations in the Complaint.  This is Defendant's first request for an extension of time to respond to the Complaint.

     Thank you for Your Honor's consideration of this request.

                                      Respectfully submitted,

                                      OGLETREE, DEAKINS, NASH,
                                       SMOAK & STEWART, P.C.

                                      By:    */s/ Jamie Haar*
                                                Jamie Haar

cc:    All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington